UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7241

ADI SUPREME GOD ALLAH, a/k/a Albert Jones,

Plaintiff - Appellant,

versus

MICHAEL MOORE; WILLIAM D. CATOE; GEORGE
MARTIN, III; WILLIAM DAVIS; DENNIS DUNLAP;
PORCHER, Major; W. RAY REESE; PAUL BUTLER;
FISHER, Captain; ROGERS, Sergeant; SUTTON,
Sergeant; STUCKEY, Sergeant; JOHNSON, Lieu-
tenant; HICKMON, Officer; DARLENE MILLER, Of-
ficer; H. ROBERTS, Officer; HANCOCK, Officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Falcon B. Hawkins, Chief District
Judge.  (CA-97-771-2-11AJ)

Submitted:  January 21, 1999        Decided:  February 9, 1999

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Adi Supreme God Allah, Appellant Pro Se.  Michael Stephen Pauley,
Paul H. Derrick, LIDE, MONTGOMERY, POTTS, P.C., Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Adi Supreme God Allah appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1998), complaint. Allah's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Allah that failure to file specific, timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Allah filed only general objections to the issues specifically raised on appeal. This general objection is insufficient to preserve appellate review of Appellant's claims. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982).

Specific objections to the magistrate judge's report and recommendation are necessary in order to focus the court's attention on disputed issues, Thomas, 474 U.S. at 147-48, and to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to specifically object will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985). Allah waived appellate review by failing to raise specific objections after receiving proper notice. Accordingly, we affirm the order of the district court. We deny Allah's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED